IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| Mahdi Al Mosawi, | : | |
| Plaintiff | : | Civil Action 2:11-cv-01155 |
| v. | : | Judge Marbley |
| Director Gary Mohr, *et al.*, | : | Magistrate Judge Abel |
| Defendant | : | |

**ORDER**

Plaintiff Mahdi Al Mosawi, a state prisoner, brings this action alleging that defendants were deliberately indifferent to his serious medical needs.  This matter is before the Court on Magistrate Judge Abel's January 16, 2013 Report and Recommendation that defendants' unopposed January 16, 2013 motion for summary judgment be granted for plaintiff's failure to exhaust his administrative remedies within the prison grievance system. In his response to defendants' motion for summary judgment, plaintiff conceded that he did not exhaust his administrative remedies and that the motion for summary judgment should be granted on that basis.

Upon *de novo* review in accordance with the provisions of 28 U.S.C. §636(b)(1)(B), the Court **ADOPTS** the Report and Recommendation and **GRANTS** defendants Ohio Department of Rehabilitation and Correction ("ODRC") Director Gary Mohr and Chillicothee Correctional Institution ("CCI") Warden Norm Robinson's September 21, 2012 motion for summary judgment (doc. 29).

The Clerk of Court is **DIRECTED** to enter **JUDGMENT** for defendants Mohr and Robinson. This action is hereby **DISMISSED.**

    s/Algenon L. Marbley
Algenon L. Marbley
United States District Judge